AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

for the

Eastern District of Washington

**Jun 08, 2021**

SEAN F. McAVOY, CLERK

CHARLES JOSEPH REEVIS (a.k.a. The Godfather GodHeadHolyspiritAlphaandomega AntichristChrist),
*Plaintiff*

v.

SPOKANE COUNTY SUPERIOR COURT, STATE OF WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES and U.S. DISTRICT COURT DISTRICT OF EASTERN WASHINGTON,
*Defendant*

)
)
)
)
)
)

Civil Action No.   2:20-CV-00479-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑  other:   This action is DISMISSED with prejudice as frivolous, malicious, and for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915(e)(2).

This action was *(check one)*:

❑  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❑  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   Rosanna Malouf Peterson _____ .

Date:  6/8/2021 _____

*CLERK OF COURT*

SEAN F. McAVOY

s/ Sara Gore

*(By) Deputy Clerk*

Sara Gore